

**RECEIVED**

DEC 2 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAMSUL AREFIN | DOCKET NO. 2:07-cv-1506 |
| VS. | JUDGE DOHERTY |
| CRAIG S. ROBINSON, FIELD OFFICE DIRECTOR IMMIGRATION & CUSTOMS ENFORCEMENT | MAGISTRATE JUDGE HILL |

## J U D G M E N T

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this petition is **DENIED AND DISMISSED without prejudice**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 28 day of Dec, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE